**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Allen Bruce Rozas
Rozas and Rozas
P. O. Drawer 280
Mamou LA 70554

**REHEARING ACTION: May 14, 2008**

**Docket Number: 07   01409-CA**

**PAUL ORTEGO**
**VERSUS**
**ELDRIDGE HICKERSON, ET AL.**

**Appealed from EVANGELINE Parish Case No. 66791-B**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. John D. Saunders**
> **Hon. Glenn B. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Paul Ortego** has this day been

> **DENIED.**

cc: Katherine G. Eckert, Counsel for the Appellant